OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
HAROLD D. DONOHUE FEDERAL BLDG. & COURTHOUSE
595 MAIN STREET, SUITE 502
WORCESTER, MASSACHUSETTS  01608

TONY ANASTAS,
CLERK

TELEPHONE:
508-929-9900

IN RE:  Daniel E. LaFreniere v U.S.A.

Dear  Mr. LaFreniere:

In accordance with the procedures of this court. Your case has been assigned Civil Action No.04-cv-40070NG.

A Summons (Form AO 440) needs to be completed for each defendant named in your complaint. The Summons is a formal command of the court, directed to the defendant, which lets the defendant know that an action has been filed. Rule 4(m) of the Federal Rules of Civil Procedure requires that the summons and complaint be served on the defendants within 120 days from the date of the filing of the complaint.

You must fill out the enclosed Summons for each defendant and return each completed Summons to the Clerk's Office. List the names of the plaintiff(s), the names of the defendant(s) and the case number (C.A. No.) in the case caption section of the Summons. Enter the name and address of the defendant as well as your name and address as indicated in the lower section of the Summons. If the defendant(s) are U.S. Government employees or agencies, you should enter the number 60 as the time for them to file an answer. Otherwise, enter the number 20 for the number of days within which the defendant has to be respond to the complaint after service of the summons.

RETURN EACH COMPLETED SUMMONS TO THE CLERK'S OFFICE. The Clerk's Office will sign and seal each Summons. The Summons will then be returned to you with instructions regarding service upon the defendant.

For more information, contact the Clerk's Office at (508) 929-9900.

TONY ANASTAS,
CLERK

Date: 5/5/04

By: Sherry Jones
Deputy Clerk

(Summons.ltr - 08/94)