```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
DANIEL E. LAFRENIER,          )
                              )
          Plaintiff,          )
                              )    C.A. No. 04-40070-NG
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
_____)
```

## DEFENDANT'S MOTION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT

Defendant, United States of America,[1] respectfully moves this Court for an extension of time from today up to and including August 20, 2004, to answer or otherwise respond to Plaintiff's Complaint. The undersigned counsel for Defendant asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter. In particular, Plaintiff's Complaint contains a multitude of references to pleadings, and other proceedings, in related criminal cases. The undersigned Assistant U.S. Attorney has located the now-closed criminal cases, which contain 22 boxes of material still in the U.S. Attorney's Office in Springfield, with additional material

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Defendant is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Defendant intends to raise those defenses when it answers or otherwise responds to the Complaint.

in archives.

WHEREFORE, Defendant respectfully requests that this Court allows its motion for an extension of time up to and including August 20, 2004, to answer or otherwise respond to the Petition.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                         /s/ Jennifer C. Boal
                    By:  Jennifer C. Boal
                         Assistant U.S. Attorney
                         John Joseph Moakley U.S. Courthouse
                         Suite 9200
                         Boston, MA 02210
                         (617) 748-3100
```

Dated: August 23, 2004

## CERTIFICATE OF SERVICE

I certify that on August 23, 2004, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Plaintiff, Reg. No. 90333-038 at FMC Devens, P.O. Box 879, Ayer, MA   01432

```
                          /s/ Jennifer C. Boal
                         Jennifer C. Boal
                         Assistant U.S. Attorney
```

2