UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Daniel E. Lafreniere,       Plaintiff                              No. 04-40070-NG

vs.

United States of America,   Defendant

**Affidavit of Plaintiff Daniel E. Lafreniere Verifying the Complaint, the Opposition and the Motion to Default.**

---

I, Daniel E. Lafreniere, being duly sworn state that the allegations set forth in the Complaint, **Opposition to Defendant's Motion to Extend Time** and **Plaintiff's Motion to Default** are true to my best knowledge and belief.

The Plaintiff was assisted in the legal research and preparation of this Complaint by another inmate at FMC Devens Camp during his liesure time in accordance with 28 CFR § 543.11 (f)(1).

**Signed and sworn to under the penalty of perjury this 30th day of July, 2004**

*/s/ Daniel E. Lafreniere*
Daniel E. Lafreniere,
Reg.No. 90333-038
Federal Medical Center Devens
P.O.Box 879 - Camp
Ayer, MA. 01432

CERTIFICATE OF SERVICE

I, **Daniel E. Lafreniere,** certify that I served a copy of the **Affidavit** by depositing it in an envelpe, postage prepaid. in the inmate mail system at FMC Devens - Camp, Ayer, Massachusetts, to Jennifer C. Boal, Assistant United States Attorney, John J. Moakley Courthouse, Suite 9200, Boston, Massachusetts 02210, on July 30,2004.

*Daniel E. Lafreniere*
Daniel E. Lafreniere, Pro Se
Reg.No.  90333-038
Federal Medical Center Devens
P.O.Box 879 - Camp
Ayer, MA. 01432