Clerk to                                                          October 15, 2004
Honorable Nancy Gertner
United States District Court
   District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts  02210

                                                Re:   Daniel E. Lafreniere
                                                        vs.
                                                United States of America
                                                Civ. No  04-40070NG

Dear Madam Clerk:

   The last extension granted by the Judge to the United States to file a response to my Pro Se Complaint under the Federal Tort Claims Act expired September 20, 2004. The United States filed a Motion requesting still another extension until October 20, 2004 and I filed a response to that Motion, But I have not received any notice as to whether the Court ruled on the Government request.
   I have not been contacted by the Government, although one of the purposes stated by the Assistant United States Attorney in her last request was to try to see if this case could be resolved without further delay and lawyering.
   I have been trying to receive compensation for my property taken or lost negligently for many years. I understand I cannot obtain pre-suit interest for all those years during which Judge Ponsor was trying to get reports from the Government. Now the United States Attorney's office is delaying my case again. Unless the Government promptly admits its debt to me of $16,000. or the Court Orders a Default Judgment in that amount, I will have to obtain a lawyer (if one will take this case on a contingent fee basis as I have no funds to pay a retainer) and that will eat into my recovery, or I will ask for the appointment of a lawyer and that will cost the Government money.  (The inmate who assisted me in writing the Complaint is transferring from FMC Devens soon)
   I therefore request the Court's help in convincing the Government that the correct and just thing to do is to admit they owe me for my lost or taken property and pay me rather than just making another **"Federal Case"** out of this situation.
   Thank you for your assistance.

                                                              Respectfully,

                                                              Daniel E. Lafreniere
                                                              Reg. No. 90333-038
                                                              Federal Medical Center Devens
                                                              P.O. Box879   Camp
                                                              Ayer,  Massachusetts   01432