# United States District Court
# District of Massachusetts

DANIEL LAFRENIERE,
    Plaintiff,

    V.                    CIVIL ACTION NO. 2004-40070-NG

UNITED STATES OF AMERICA,
    Defendant.

## ORDER

COLLINGS, U.S.M.J.

    Pursuant to L.R. 16.1(B)(3), the plaintiff and counsel for the defendant are directed to notify the Court in writing, **on or before the close of business on Friday, January 28, 2005,** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

                                        /s/ Robert B. Collings
                                        ROBERT B. COLLINGS
                                        United States Magistrate Judge

Date: January 13, 2005.