# United States District Court
# District of Massachusetts

DANIEL LAFRENIERE,

    V.                                CIVIL ACTION NO. 2004-40070-NG

UNITED STATES OF AMERICA,
        Defendant.

## *ORDER ON PLAINTIFF'S MOTION FOR AN ORDER TO THE DEFENDANT TO FILE ANSWERS TO PLAINTIFF'S INTERROGATORIES AND FOR OTHER RELIEF (#12)*

COLLINGS, U.S.M.J.

    No opposition having been filed, it is ORDERED that Plaintiff's Motion for an Order to the Defendant to File Answers to Plaintiff's Interrogatories and for Other Relief (#12) be, and the same hereby is, ALLOWED to the following extent:

The defendant is ORDERED, pursuant to Rule 37(a)(2), Fed.R.Civ.P., to serve full and complete answers to plaintiff's interrogatories *on or before the close of business on Thursday, February 3, 2005*

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

It is FURTHER ORDERED that Plaintiff's Motion for an Order to the Defendant to File Answers to Plaintiff's Interrogatories and for Other Relief (#12) be, and the same hereby is, otherwise DENIED without prejudice.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: January 13, 2005.