FILED
IN CLERKS OFFICE

2005 JAN 19 P 2:59

U.S. DISTRICT COURT
DISTRICT OF MASS

Honorable Robert B. Collings
United States Magistrate Judge
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

January 17, 2005

**RE:**  Daniel E. Lafreniere
Civ.No. 2004-40070-NG

vs.

United States of America

Pursuant to your order dated January 13, 2005, I hereby consent to the reassignment of this case to yourself as Magistrate Judge pursuant to 28 USC§636 (c)

Respectfully,

*Daniel E. Lafreniere*

Daniel E. Lafreniere
Reg. No. 90333-038
Federal Medical Center Devens
P.O. Box 879   Camp
Ayer, Massachusetts   01432