

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

February 4, 2005

```
Courtroom Clerk to the
Honorable Magistrate Judge Robert B. Collings
United States District Court
John J. Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210

     Re:  Daniel E. LaFreniere v. United States of America
          C.A. No: CV-04-40070-NG

Dear Courtroom Clerk:

     I am writing to assent to the transfer of this case to the
Honorable Magistrate Judge Robert B. Collings.

                                   Very truly yours,

                                   /s/Rayford A. Farquhar

                                   Rayford A. Farquhar
                                   Assistant U.S. Attorney
```