Honorable Robert B. Collings  
United States Magistrate Judge  
U.S. District Court for District of Massschusetts  
Boston Massachusetts  

July 24 2005

Re: Lafreniere v. United States  
Civ. 2004 40070 NG

Sir:

    I am the plaintiff in this action to recover damages from the government because of their failure to return seized property to me . It apparently has been lost by the F.B.I. No question as to my right to its return has been raised. On April 11,2005 I served and mailed copies of my Response to the governments Motion to Dismiss. I have not received any reply thereto by the government nor any decision from the Court since that date. If there was a response by the government or if you have issued a report or decision would you please have a member of your staff send me a copy.

    Thank you for any assistance that you can provide me.

Very truly yours,

*Daniel E. Lafreniere*  
Daniel E. Lafreniere  
90333 038  
Federal Medical Center at Devens  
Camp  
Post Office Box 879  
Ayer Ma 01432

                                              ...LINGS  
                                              ...TE JUDGE  
                                              2005  
                                    TED STATES DISTRICT COURT