February 2, 2006

Honorable Robert B. Collings
United States District Court
Moakley Courthouse
1 Courthouse Way - Suite 2300
Boston, Massachusetts  02210

                              Re: Lafreniere vs.
                                  United States
                                  Civ.  2004-40070 NC

Sir:

I am the plaintiff in this action to recover damages from the United States government for the loss of my property by the Federal Bureau of Investigation. Despite the efforts of the Court in my criminal case and myself over a long period of time seized property has not been received by me. No issue as to my absolute right to its return has been raised at anytime. On April 11, 2005, I filed and served copies of my response to the government's Motion to Dismiss this action for damages, I have not received any reply to my papers from the government. Likewise I have not received a copy of any decision or report to the Court that you may have issued concerning the government's motion. Since more than nine months have passed, I am writing this letter as a follow up to be sure that I have not failed to do anything required of me and to urge you to decide the motion promptly.

If you have issued a report or decision please have a copy sent to me. Thank you for any assistance that you may provide me.

                                      Respectfully,

                                      Daniel E. Lafréniere
                                      Reg.No. 90333-038
                                      Federal Medical Center Devens
                                      P.O.Box 879  Camp
                                      Ayer, MA.  01432