# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: The Superintendent of FMC DEVENS
Ayer MA

YOU ARE COMMANDED to have the body of __DANIEL LAFRENIERE__ now in your custody, before the United States District Court for the District of Massachusetts, Donohue Federal Building & U.S. Courthouse, 595 Main St, Worcester, MA 01608, Courtroom No. __1__, on the __5th__ floor, Boston, Massachusetts on __6/20/2006__, at __1:30 PM__ for the purpose of __Status Conference__ in the case of **Lafreniere V.** UNITED STATES OF AMERICA Docket Number __04-CV-40070-RBC__.

And you are to retain the body of said __DANIEL LAFRENIERE__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __DANIEL LAFRENIERE__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __30th__ day of __May, 2006__.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ *Noreen A. Russo*
Noreen A. Russo, Deputy Clerk
to the Honorable Robert B. Collings