RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

JUN 7 2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

June 5, 2006

Honorable Robert B. Collings           Daniel Lafreniere
United States Magistrate Judge         Case Number: 4:04-cv-40070
John Joseph Moakley
United States Courthouse                        Vs.
1 Courthouse Way, Suite 7420
Boston, Massachusetts  02210-3008      United States of America

RE:  Letter from Dolan, Kathleen entered
     5-30-06 and filed on 5-30-06

Dear Sir,

   A conference meeting set for June 20, 2006 @ 1:30 PM before your Honor, in courtroom 1, Donohue Federal Building & U.S. Courthouse. Stated in the notice that I received, information regarding that meeting will be electronically mailed to Jennifer C. Boal and Rayford A. Farquhar. Furthermore, " **Notice will not be electronically mailed** ".

   As the Court obviously realizes, I am presently incarcerated at FMC Devens, and could not attend the conference meeting. I am requesting that the Court notify me in writing advising the outcome of the meeting. Thank you for the consideration in assisting me in this matter.

                                        Respectfully,

                                        *Daniel E. Lafreniere*
                                        Daniel Lafreniere
                                        90333 038
                                        FMC Devens
                                        P.O. Box 879 Camp
                                        Ayer, MA.  01432

cc:  Ms. Kathleen Dolan