By Clerk of Courts

Daniel E. Lafreniere

v

United States Of America

Case # ~~06-30016-MAP~~

04CV 40070 RBC

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

JUL 13 2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

To The Court:

First let me appoligize for the informal letter as well as the pencil and lined paper. At the present I'm being housed in SHU and do not have access to a Typewriter-pen-ect. Temporary Collateral Damage. On Monday the 10th my councilor from the camp brought me mail from your honors court. It had already been opened by him and there was no cover letter explaining why motions from the gov't and myself, dating from Nov. 23, 1998 (my first for return of property) to Sept. 23, 2002 (the gov't telling me to pursue civil remedies that are available to me) were returned to me.

I am completly in the dark regarding the reasoning behind this, and request that the Honorable Court notify me in some way to let me know what is going on. Possibly a letter with the proper notification on the outside to let the councilor know that it is to be opened <u>in my presence only</u>. Your understanding and co-operation regarding this matter would be greatly appreciated.

Thank You So Much

P.S. Your office mailed the paperwork in reference on the 29th of last mo. I recieved it on the 10th of this mo.

Respectfully Yours:

D. Lafreniere 90333-038

D. Lafreniere

Devens Federal Medical Center
Box 879
Ayer, Ma. 01432