7-11-06

To: The Honorable Robert B. Collings

From: Daniel E. Lafreniere 90333-038

Vs. United States Of America:

Case # 96-30016-MAP

04CV 40070 RBC

Your Honor:

RECEIVED IN OFFICE OF ROBERT B. COLLINGS U.S. MAGISTRATE JUDGE JUL 13 2006 UNITED STATES DISTRICT COURT BOSTON, MASSACHUSETTS

First let me appologize for the informal letter as well as the pencil + lined paper. At the present I am being housed in SHU and do not have access to pen, Typewriter ect. Temporary colateral damage. On Monday the 10th my councilor from the camp brought me mail from your honor. It had already been opened by him and there was no cover letter explaining why motions from the govt. + myself, dating from Nov. 23, 1998 (my first for return of property) to Sept. 23, 2002 (the govts. telling me to pursue civil remedies that are available to me,) were returned to me.

I am completly in the dark regarding the reasoning behind this, and request that the Court notify me in some way to let me know what's going on. Possibly a letter with the proper notification on the outside to let the councilor know that it is to be opened <u>in my presence only</u>. Your understanding and co-operation regarding this matter would be greatly appreciated. Thank You so much.

Respectfuly Yours: D. Lafreniere 90333-038

Devens Medical Center
Box 879
Ayer, Ma. 01432

ps. your office mailed this on the 29th of last mo. I recieved it on the 10th of this mo.

D. Lafreniere