August 8, 2006

Honorable Robert B. Collings
United States Magistrate Judge
John Joseph Moakley United States Courthouse
District of Massachusetts
1 Courthouse Way
Boston, MA. 02210

Daniel E. Lafreniere
Reg. No. 90333-038
Federal Medical Center, Camp
P.O. Box 879
Ayer, MA. 01432-0879

RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

AUG 10 2006

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

Re: **Lafreniere v. United States**; D. Mass CA No. 04-40070

Dear Judge Collings:

    On June 20, 2006, your Honor allowed a postponement so the Government had an opportunity to review all of the facts and paperwork regarding the above-referenced civil action. The time has now lapsed past the 6 week time frame and I still have not received a response from the Court or the Government.
    As your Honor is aware, this matter has been in the Court since May of 2004 with the Government constantly requesting extensions. I would ask, if the Court would allow another conference at your earliest convenience so we may resolve this matter without any further delays.
    I thank your Honor in advance and await your response.

Sincerely,

*Daniel E. Lafreniere*
Daniel E. Lafreniere

cc: Rayford A. Farquhar, Esq. AUSA