# United States District Court
# District of Massachusetts

DANIEL LAFRENIERE,
    Plaintiff,

    v.                   CIVIL ACTION NO. 2004-40070-RBC

UNITED STATES OF AMERICA,
    Defendant.

## *ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION*

COLLINGS, U.S.M.J.

    After consideration of the various alternative dispute resolution programs (ADR) available, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

*MEDIATION*

    Upon notification of the time and place designated for the mediation proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.  If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary,

the provider of the ADR program and other counsel should be advised of the conflict immediately.

*I RECOMMEND THAT THE MEDIATION BE HELD AT THE UNITED STATES DISTRICT COURT IN WORCESTER, MASSACHUSETTS BEFORE JUDGE HILLMAN.*

*THE CLERK IS HEREBY ADVISED THAT THE PLAINTIFF, PROCEEDING PRO SE, IS AT FMC, DEVENS, MASSACHUSETTS AND A WRIT OF HABEAS CORPUS MUST BE ISSUED TO INSURE THAT THE MARSHALS BRING HIM TO THE COURT IN WORCESTER FOR THE MEDIATION.*

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

Date: September 25, 2006.

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | ____ | Bankruptcy | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | Social Security | ____ |
| Other | ____ | FTCA | __x__ |