October 4, 2006

Honorable Timothy S. Hillman
United States Magistrate Judge
John Joseph Moakley United States Court House
1 Courthouse Way
Boston, Massachusetts 02219-3008

Daniel E. Lafreniere
Reg. No. 90333-038
Federal Medical Center Camp, Devens
P.O. Box 879
Ayer, MA. 01432-0879

Re: **Lafreniere v. United States**; CA No. 04-40070

Dear Judge Hillman:

    It is my understanding that the above referenced matter has been assigned to you for an Alternate Dispute Resolution. Can you please notify me as to the date this case will be heard on your calendar?
    I appreciate any assistance you can offer in this matter.

Sincerely,

*Daniel E. Lafreniere*
Daniel E. Lafreniere