November 6, 2006

Honorable Timothy S. Hillman
United States Magistrate Judge
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: <u>Lafreniere v. United States</u>, Ca-No-04-40070

Dear Judge Hillman:

    This letter is a follow-up to the letter sent to you on October 4, 2006 requesting notification of the date set by the Court for an Alternative Dispute Resolution Hearing. The date scheduled before this Honorable Court for this mediation is essential so that I might have sufficient time to gather and place in order all subject matter regarding my civil action against the United States.

    The amount that I am seeking from the Government is Twenty-Five Thousand Dollars ($25,000.00) amount certain. <u>Jacobson v. United States</u> ex rel United States Postal Service, (2003, DC Nev) 276 F. Supp. 2d 1106. The matter before the Court in this mediation is abundantly clear. In seizing and selling/disposing of the property in question, the Government failed to provide sufficient notice of said disposal and thus, failed to return the seized property to me, thereby causing the loss and the resultant amount sought. The action brought here is timely and supported by case law. See: <u>United States v. Wright</u>, (2004, CA5 La) 361 F.3d 288; <u>Menkarell v. Bureau of Narcotics</u>, (1972 CA3 NJ) 463 F.2d 88.

    It is also imperative that the U.S. Marshalls are aware that I need to bring all pertinent paperwork relevant to this case with me when they arrive at FMC Devens to transport me to the Court.

    I request that the Court schedule this appearance to take place before January 17, 2007 as this date is my projected release date from FMC Devens.

    I would appreciate any assistance that the Court can offer regarding this matter and the scheduling and notification requested.

                                            Respectfully Submitted,

                                            Daniel E. Lafreniere
                                            ID# 90333-038
                                            FMC Devens, Camp I
                                            P.O. Box 879
                                            Ayer, MA  01432