# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DANIEL LAFRENIERE,

    Plaintiff,                            CIVIL ACTION

v.                                              NO.   04-40070-RBC

UNITED STATES OF AMERICA,

    Defendant,

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE COLLINGS

HILLMAN, M.J.

On   December 20, 2006   I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION       **X**   MEDIATION
\_\_\_\_ MINI-TRIAL                               \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer.

The case was:

( )    Settled.  Your clerk should enter a \_\_\_ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____. unless the case is reported settled prior to that date.
( X )  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.


December 21, 2006                         /s/ Timothy S. Hillman
Date                                        TIMOTHY S. HILLMAN, M.J.