August 24, 2006

Honorable Robert B. Collings  
United States Magistrate Judge  
John Joseph Moakley United States Courthouse  
District of Massachusetts  
1 Courthouse Way  
Boston, MA. 02210

CERTIFIED MAIL  
7003 3110 0000 5370 0165

Daniel E. Lafreniere  
Reg. No. 90333-038  
Federal Medical Center Camp, Devens  
P.O. Box 879  
Ayer, MA. 01432-0879

Re: **Lafreniere v. United States**; D. Mass. CA No. 04-40070

Dear Judge Collings:

  To date, I have not heard back from the Court pertaining to the above-referenced civil action. As your Honor is aware, on June 20th, 2006, you allowed a postponement so the Government had an opportunity to review all of the facts and paperwork regarding my claim. On August 8, 2006, I wrote the Court and asked if it were possible to schedule another conference so we may resolve this matter without any further delays. I still have not received a response to that letter and hope it was not lost in the mail.

  Can you please respond as to the Court's intentions at your earliest convenience? I truly appreciate any assistance you can offer in this matter and hope the Court would move towards Summary Judgement in my favor.

Sincerely,

*Daniel E. Lafreniere*  
Daniel E. Lafreniere

cc: Rayford A. Farquhar