UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

DANIEL E. LAFRENIERE )
    Plaintiff )
)
v. ) Case No. 4:04-cv-40070-RBC
)
UNITED STATES OF AMERICA )
    Defendant )
)

PLAINTIFF'S MOTION TO POSTPONE
STATUS CONFERENCE FOR 30 DAYS

Plaintiff, DANIEL E. LAFRENIERE, Pro Se, hereby asks this Court to grant a 30 day postponement of the Status Conference set for January 18, 2007, and states in support as follows:

1. On January 17, 2007, the Bureau of Prisons is transferring Plaintiff to a halfway house in Ludlow, Massachusetts.

2. As a result of this transfer by an agent of the Defendant, Plaintiff can not attend the January 18, 2007 status conference as he must complete orientation programs at the halfway house, and also provide them as well as any prospective employer with proper notice of any hearing before this Court.

3. Plaintiff therefore requests a 30 day delay to February 18, 2007, or whatever date as close to this date as the Court's schedule allows.

Date: January 3, 2007        RESPECTFULLY SUBMITTED,

                                            *Daniel E. Lafreniere*
                                        DANIEL E. LAFRENIERE, Plaintiff
                                        FMC Devens, Camp I
                                        P.O. Box 879
                                        Ayer, MA   01432