January 3, 2007

Clerk of the Court
United States District Court
Suite 2300
One Courthouse Way
Boston, MA  02210

Re: 4:04-cv-40070-RBC
    <u>Lafreniere v. USA</u>

Dear Clerk of the Court:

  I received notice of a January 18, 2007 status conference that I am unable to attend. Enclosed is a motion to be filed with the Court to change that date.

  Under separate cover, I have sent you my addresses after January 17, 2007 for mailing of all notices pertinent to the above-referenced case.

  Thank you for your attention to this matter.

Sincerely,

*[signature]*
Daniel E. Lafreniere
ID# 90333-033
FMC Devens, Camp I
P.O. Box 879
Ayer, MA  01432