January 30, 2007

Clerk of the Court
United States District Court
Suite 2300
One Courthouse Way
Boston, Ma. 02210

Re: 4-04-cv-40070-RBC
Lafreniere v. U.S.A.

FILED
CLERKS OFFICE

2007 FEB -7 P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk of the Court;

Your office was contacted by my representative, Larry Black Wolf, by telephone in advance of the January 18th 2007 status conference that, I was unable to attend because of the changing of my address by decision of the Federal Bureau of Prisons. Someone in your office was contacted by him and he inquired what your response was to my letter of January 3, 2007 requesting a 30 day postponment for this court appearance due to my unavailability because of the mandating of the Federal Bureau of Prisons transfer of me to the Ludlow, Ma. pre-release center. The person in your office stated that they had not received my previously mailed request for a 30 day postponement, but that it would be approved as of that particular phone call.

At that time, a written request was asked for and my representative was informed that it would be forthcoming. As of this date (1-30-07) I have not yet received this information. It is necessary for me in order to issue subpoenas for my witnesses to be able to appear in court. Time is getting late and I require the location - time and courtroom in order to complete my subpoenas as well as prepare my case before appearing in front of the Honorable Court. Your assistance regarding this matter would be greatly appreciated. It was impossible for me to leave the Pre-Release Center until the 1 wk. orientation period had taken place and approved for re-classification in order to be allowed to leave the Center unescorted. Thank you for your help.

Sincerely,
Daniel E. Lafreniere #110533

Pre-Release Center
325 Alabama Street
Ludlow, Ma. 01056