AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Dan Lafreniere

v

United States of America

APPEARANCE

Case Number: CA 04-40070

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States

I certify that I am admitted to practice in this court.

April 11, 2007
Date

Filed in open ct 4/11/07

Karen L Goodwin
Signature

Karen L Goodwin
Print Name                                    Bar Number

1550 Main Street
Address

Springfield            MA         01103
City                   State      Zip Code

413 785 0235
Phone Number                                  Fax Number