# United States District Court
# District of Massachusetts

DANIEL LAFRENIERE,
      Plaintiff,

                                        CIVIL ACTION NO:
      v.                              04-40070-RBC

UNITED STATES OF AMERICA,
      Defendant.

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

      Counsel have advised that the above-styled case has settled.

      Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Tuesday, July 24, 2007.**

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 24, 2007.