IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. LaFRENIERE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-40070-RBC |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

STIPULATION OF DISMISSAL
**WITH PREJUDICE AND WITHOUT COSTS AND INTEREST**

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,                     For the Defendant,

By its attorney,

MICHAEL J. SULLIVAN,
United States Attorney

_/s/ Daniel E. LaFreniere_             _/s/ Rayford A. Farquhar_
Daniel E. LaFreniere                   RAYFORD A. FARQUHAR
[address redacted]                     Assistant U.S. Attorney
8 Amber Road                           1 Courthouse, Suite 9200
Holland, Ma. 01521                     Boston, MA  02210
                                       (617) 748-3284

Dated: 6-11-07

[1] Please note new address for all future correspondence: 8 Amber Road, Holland Mass 01521